UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUSAN J. SADLER,

    Plaintiff,

v.          Case No:  2:16-cv-534-FtM-38MRM

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Susan J. Sadler's Motion for Reconsideration and Opposition to Consolidation (Doc. #19) filed on September 28, 2016. This pleading was re-submitted under the lead case styled, *Sadler v. Nationstar Mortgage LLC*, Case No. 2:15-cv-351-FtM-38CM. Consequently, the instant Motion is moot.

Accordingly, it is now **ORDERED:**

Plaintiff Susan J. Sadler's Motion for Reconsideration and Opposition to Consolidation (Doc. #19) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of October, 2016.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.